AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

SCOTT STERN

    Plaintiff

V.

MARY STERN, ET AL, Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER:

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

  ☑ The clerk is directed to file the complaint.

  ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this __7__ day of __April__, __2005__.

_____
Signature of Judge

KENNETH P. NEIMAN, MAGISTRATE JUDGE
Name and Title of Judge