September 1, 2005



United States District Court
Office of the Clerk
Attention: Honorable Judge Michael A Ponsor
United States Courthouse
1550 Main Street
Springfield, Massachusetts 01103

Honorable Judge Michael A. Ponsor:

RE: 05-30082-MAP

Good Morning!  Please find enclosed copy of the service of process that the United States Marshall's executed regarding this complaint.

I don't believe that the service of process was proper because the U.S. Marshall did mark off that the Defendant's actually received the documents, when in fact, it is implausible to determine that the defendants did receive them.  In the first service, regarding my ex-wife's partner, Gary Matteson, my daughter, a minor, fourteen years of age, received a document for this individual.

In the second service, the service of process was delivered to a person named Dina Kamansky, a Staffing Coordinator, at my ex-wife's place of employment.

The documents were to be delivered AT the addresses but TO the named defendants.

There is a check box that the United States Marshall stated he personally delivered the documents to the named individual but on each form, that is clearly not the case, on these two services.

Lastly, the United States Marshall has not returned the service for the third co-conspirator, Evan Ehmann, LICSW that conspired with the other co-defendants.

I am praying that your honor will order the United States Marshall to re-serve, expeditiously and properly, the complaint against the individuals named in the complaint since the service was not done properly for Mary Jane Stern and Gary Matteson.

Thank you for your consideration in this matter.

Most sincerely and respectfully,

Scott Stern
Pro-Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247

Cc: file

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Scott Stern | 05-30082-MAP |
| DEFENDANT | TYPE OF PROCESS |
| Gary Matteson | |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Gary Matteson

AT — Apartment No., City, State and ZIP Code: 404 Brattleboro Road Bernardston, MA 013[37]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott Stern
400 West Main St
North Adams, Massachusetts 01247

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If unable to serve at the above address then as a last resort serve at 404 Brattleboro Road, Bernardston, Massachusetts 01337 (Prefer that this be served at his work address; unknown)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Scott Stern
DATE: 7/12/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date:

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Caitlin Stern

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/23/05   Time: 11:20 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)