United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                Civil Action No.05-30082

Scott Stern,            )   Motion to Enlarge Time Frame
                        )
        Plaintiff       )
                        )
v                       )
                        )
Mary Jane Stern, et al  )
                        )
        Defendants      )

Now comes plaintiff, Pro-se, and moves this court to enlarge the time frame for plaintiff to reply to pleadings of the defendants for the following reasons stated herein.

Wherein your moving party has received an answer to the Complaint from the defendant Gary Matteson on or about September 9, 2005;

Wherein your moving party has received an answer to the complaint from the defendant Mary Jane Stern on or about September 14, 2005;

Wherein your moving party has not received an answer to the complaint from the defendant, Evan Ehmann, Licsw, but has received notice from the United States Marshall Service that service has been processed.

Whereas your moving party stipulates that it is in the best interest of judicial economy to answer the individual pleadings in one responsive pleading to this court.

Whereas your moving party has filed to secure his rights in the Massachusetts State Superior Court regarding the violations of his civil rights by the defendant(s) concurrent with this action.

Whereas your moving party has other litigation relative to other issues, including that of a federal lawsuit, in which the plaintiff must reply by September 22, 2005 to other defendants with a reply brief.

Plaintiff hereby moves this court to enlarge the time frame to allow plaintiff additional time to reply to the briefs submitted by defendant(s), without prejudice, including that of a reply brief not received from the defendant Evan Ehmann, Licsw for the defendant(s) violations of the plaintiff's civil rights.

Most respectfully submitted this 19 day of September, 2005

*Scott Stern*

Scott Stern

Pro-Se Plaintiff

400 West Main Street

North Adams, Massachusetts 01247

**CERTIFICATE OF SERVICE**

I, Scott Lee Stern, Plaintiff, in this District Court action of Stern v Stern, et al., USDC docket No 05-30082 certify that I have caused a copy of the aforementioned:

Motion to Stay Proceedings

Motion to Enlarge Time Frame

to be served upon the defendant Mary Jane Sterns' attorney relative to the case of Stern v. Stern, docket no 90-D0490-D1, Erin Wyllie, of Andrus & Wyllie, P.C. 16 Center Court, Northampton, Massachusetts

Evan Ehmann, Licsw 124 Ashby Road, P.O. Box 316, Ashburnham, Massachusetts 01430

Attorney Edward F Berlin, 278 Main Street, Suite 205, Greenfield, Massachusetts 01301 for defendant Gary Matteson

to be delivered, postage prepaid, United States Postal Service, to the aforementioned defendants on this **20** day of September, 2005.

_September 20, 2005_     _Scott Stern_
Date of Mailing                              Signature

Motion to Stay Proceedings

8