UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30082

SCOTT STERN,

    Plaintiff

v.

MARY STERN, GARY MATTESON,
and EVAN EHMANN,

    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, EVAN EHMANN in the above-entitled action.

Respectfully submitted,

Richard J. Poliferno, Esq.
Attorney for Defendant,
Evan Ehamnn
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA 02110
(617) 439-4777
BBO #402120

DATE: 7/27/05

CERTIFICATE OF SERVICE
, Attorney for _____, hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record.

BBO# _____
DATE: _____