Scott Stern
v.
Mary Stern, et al

Docket No 05-30082-MAP

September 28, 2005

Motion to supplement Opposition to Motion to Dismiss.

Wherein your moving party received defendant Evan Ehmann's answer on September 28, 2005 late in the afternoon and did not have time to effectively argue points raised in the defendant's answer, plaintiff motions this court to allow plaintiff to supplement plaintiff's Opposition to Motion to Dismiss in memorandum of law.

Most respectfully submitted,

Scott Stern
400 WEST MAIN ST
North Adams, MA. 01247

Certificate of Service

I, Scott Stern, certify I have mailed a copy of the motion to supplement opposition to motion to dismiss at the defendant's respective addresses, postage prepaid, on September 29, 2005.

Scott Stern