UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred

__ SCOTT STERN __

        V.                                              CA No. __05-30082-MAP__

__ MARY STERN. __          Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __Neiman__ for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, _not_ including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                ( ) Motion(s) for summary judgment
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                ( X ) Motion(s) to dismiss
                ( ) Post Conviction Proceedings[1]
                See Documents Numbered: __9, 11,16__

(E)        Case referred for events only. See Doc. No(s). __14 Extension of time to reply to Motions__
(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions: _____

                By:   __/s/Elizabeth A. French__
                            Deputy Clerk

Date
__October 31, 2005__

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1]    See reverse side of order for instructions