# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SCOTT STERN,

    Plaintiff(s)

        v.           CIVIL ACTION NO. 3:05 -30082 -MAP

MARY STERN, ET AL,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Mary Stern, et al, against the plaintiffs Scott Stern, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                **SARAH A. THORNTON**,
                                CLERK OF COURT

Dated:  February 27, 2006         By  /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                           [jgm.]