UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30082

SCOTT STERN,

    Plaintiff

v.

MARY STERN, GARY MATTESON,

and EVAN EHMANN,

    Defendants

### DEFENDANT, EVAN EHMANN'S OPPOSITION TO PLAINTIFF, SCOTT STERN'S "MOTION FOR RECONSIDERATION OF ORDER DATED FEBRUARY 27, 2006"

Defendant Evan Ehmann ("Ehmann"), one of the defendants in the above-titled complaint, hereby opposes plaintiff, Scott Stern's "Motion for Reconsideration of Order dated February 27, 2006".

Respectfully Submitted,

The Defendant, Evan Ehmann

By His Attorneys,

_(signature)_

Richard J. Poliferno, Esq.

BBO # 402120

Long & Leahy

100 Summer Street, 11th Floor

Boston, MA 02110

Tel: 617-439-4777

Date: March 28, 2006

**CERTIFICATE OF SERVICE**
I, Attorney for Ehmann, hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record.

BBO# 402120
DATE: 3/28/2006