UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

Civil Action No. 05-30082

2006 MAR 30  A 10: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SCOTT STERN,<br>      Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MARY STERN, GARY MATTESON,<br>And EVAN EHMANN,<br>      Defendants | )<br>)<br>)<br>) |

**DEFENDANT, MARY STERN'S OPPOSITION TO PLAINTIFF, SCOTT STERN'S "MOTION FOR RECONSIDERATION OF ORDER DATED FEBRUARY 27, 2006"**

The Defendant, Mary Stern, one of the defendants in the above-captioned matter, hereby opposes the Plaintiff, Scott Stern's, "Motion for Reconsideration of Order dated February 27, 2006."

Respectfully submitted,
The Defendant, MARY STERN
By her attorney,

Dated: March 29, 2006

_____
Erin C. Wyllie, BBO#557192
ANDRUS & WYLLIE, P.C.
16 Center Court
Northampton, MA 01060
(413) 586-8066
(413) 585-1643 facsimile

## CERTIFICATE OF SERVICE

    I, Erin C. Wyllie, Esq., hereby certify that I have caused a copy of the foregoing Opposition to be served by mailing the same first class, postage prepaid to the plaintiff and counsel for the co-defendants as follows:

Scott Stern
400 West Main Street
North Adams, MA 01247

Richard J. Poliferno, Esq.
Attorney for Evan Ehmann
Long & Leahy
100 Summer Street
Boston, MA 02110

Edward F. Berlin, Esq.
Attorney for Gary Matteson
278 Main Street, Suite 205
Greenfield, MA 01301-3302

Dated: March 29, 2006

_____
Erin C. Wyllie