*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USDC Docket Number : 3:05-cv-30082-MAP

Scott Stern
Plaintiff
v.
Mary Jane Stern, et al.
Defendants

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1 through 31

and contained in Volume(s) 1 and 2 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:    /s/ *Maurice G. Lindsay*
       Maurice G. Lindsay
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

A:\ClerksCertificate-COA.frm- 3/06